BEFORE THE FIRST DIVISION, NOVEMBER 30, 1939

**No. 42695.**—Protests 893576–G, etc., of Geo. Borgfeldt Corp. et al. (Philadelphia, etc.).

Opinion by BROWN, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.